```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CSBN 152348)
3  Chief, Civil Division

4  REBECCA FALK (CSBN 226798)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7022
7      FAX: (415) 436-6748
       rebecca.falk@usdoj.gov
8
   Attorneys for Defendant
9
```

                        UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT OF CALIFORNIA

                              SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | No. 12-04940 JSC |
| Plaintiff, | STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    Defendant United States of America ("Defendant") and Plaintiff State Farm Mutual Automobile Insurance Co. ("Plaintiff"), by and through their respective counsel, stipulate to extend the time for Defendant to respond to Plaintiff's Complaint pursuant to Civil Local Rule 6-1(a) of the Northern District of California, as follows:

    1.    On September 21, 2012, Plaintiff filed its Complaint for Subrogation Recovery ("Complaint");

    2.    On October 5, 2012, the U.S. Attorney's Office received a copy of Plaintiff's Complaint by personal service;

    3.    Pursuant to Rule 12(2) of the Federal Rules of Civil Procedure, Defendant's

1  response to the Complaint is presently due to be filed and served on December 4, 2012;

2      4.    The parties have agreed to a thirty-day extension of time for Defendant to respond
3  to the Complaint from December 4, 2012 to January 3, 2013;

4      5.    No prior extensions of time have been requested or granted; and

5      6.    This change will not alter the date of any event or any deadline already fixed by
6  Court order.

7      THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant
8  that Defendant will have until January 3, 2013 to respond to Plaintiff's Complaint.

10  DATED: November 30, 2012    Respectfully submitted,

13      /s/ Richard Mahfouz
    Richard Mahfouz
14      Attorneys for Plaintiff

16  DATED: November 30, 2012    Respectfully submitted,
    MELINDA HAAG
17      United States Attorney

19      /s/ Rebecca Falk
    REBECCA FALK
20      Assistant United States Attorney
    Attorneys for Defendant

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25  DATED: December 3, 2012
26  HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Jacqueline S. Corley*
*Judge Jacqueline Scott Corley*
(Seal: United States District Court, Northern District of California)

STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. C 12-04940 JCS